UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CARLOS A GOMEZ GOMEZ,             )
                                        )
              Petitioner,       )
                                        )
               v.              )      No. 1:25-cv-02533-RLY-TAB
                                        )
KERRY FORRESTAL,               )
AFOD SAMUEL OLSON,          )
TODD M. LYONS,                  )
KRISTI NOEM,                     )
Attorney General PAMELA BONDI,   )
                                        )
              Respondents.    )

**Order Directing Clerk to Issue Amended Final Judgment**

The court granted Petitioner's petition for a writ of habeas corpus on January 5, 2026, and

issued final judgment that same day. Dkts. 10, 11. The final judgment, however, did not specify

the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009).

Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the court's

order granting the petition.

**IT IS SO ORDERED.**

Date: 1/21/2026

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel